IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN W. SANDERS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-166-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that petitioner John W. Sanders' motion to vacate his sentence pursuant to 28 U.S.C. § 2255 is dismissed because this court lacks the authority to entertain it.

_____       4/7/10
Peter Oppeneer, Clerk of Court              Date